ROBERTSON & BENEVENTO
SAM BENEVENTO
Nevada Bar No. 003676
1945 East Warm Springs
Las Vegas, Nevada 89119
702/433-2000
Attorney for Debtor(s)
generaldelivery@nevlawyers.com

E-FILED 9-30-08

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

JOE G HOWARD
KATHERINE M HOWARD
             Debtor(s).

) In Bankruptcy
) BKS-08-18330BAM
) Chapter 13
)
) NOTICE OF MOTION TO VALUE
) COLLATERAL, "STRIP OFF" AND
) MODIFY RIGHTS OF BANK OF
) AMERICA

Hearing Date: 11-6-08
Hearing Time: 3:00 pm

TO: TO ALL PARTIES OF INTEREST:

**NOTICE IS HEREBY GIVEN** that a Motion to Value Collateral, "Strip Off" and Modify Rights of Bank of America Pursuant to 11 U.S.C. §506(a) and §1322 was filed herein on the 30th day of September, 2008, by Sam Benevento, Esq., attorney for Debtor. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 15 days* after the date of this Notice. If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Bankruptcy Courtroom, Las Vegas, Nevada, on the 6th of November, 2008, at 3:00 p.m.

DATED this 30th day of September, 2008.

Respectfully submitted,

BY: /S/ *Sam Benevento*
SAM BENEVENTO, ESQ.
Nevada Bar No. 003676

ROBERTSON & BENEVENTO
1945 East Warm Springs Road
Las Vegas, Nevada 89119
Tel: (702) 433-2000   Fax: (702) 269-8139
Email: generaldelivery@nevlawyers.com