ROBERTSON & BENEVENTO  
SAM BENEVENTO  
Nevada Bar No. 003676  
1945 East Warm Springs  
Las Vegas NV 89119  
702/433-2000  
Attorney for Debtors  
generaldelivery@nevlawyers.com  

E-Filed 9-30-08

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA  

In re:                                      ) In Bankruptcy
                                            ) BKS-08-18330BAM
JOE G HOWARD                                ) Chapter 13
KATHERINE M HOWARD                          )
                                            ) Hearing Date: 11-6-08
                                            ) Hearing Time: 3:00 pm
                                            )
                                            )
          Debtor(s).                        )
                                            )

## CERTIFICATE OF SERVICE

1. On October 1, 2008, I served the following documents: Notice and Motion to Value Collateral, "Strip Off" and Modify Rights of Bank of America Pursuant to 11 U.S.C. §506(a) and §1322.

2. I served the above-named documents by the following means to the persons as listed below:

    X   a. ECF System

Kathleen Leavitt  
302 E Carson #300  
Las Vegas NV 89101  

    X   b. United States mail, postage fully prepaid

Bank of America
c/o Bank of America CEO or Resident
Agent Authorized to Accept Service
100 N Tryon St
Charlotte NC 28255
(certified mail)

Bank of America
c/o Bank of America CEO or Resident
Agent Authorized to Accept Service
4161 Piedmont Pkwy
Greensboro NC 27410
(certified mail)

Joe and Katherine Howard
270 Hampton Ridge
Henderson NV 89002

---

I declare under penalty of perjury that the foregoing is true and correct.

Signed on September 30, 2008

/S/ DEANNA ROGERS

Deanna Rogers
an employee of ROBERTSON & BENEVENTO