Entered on Docket
December 03, 2008

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

ROBERTSON & BENEVENTO
SAM BENEVENTO
Nevada Bar No. 003676
1945 East Warm Springs
Las Vegas NV 89119
702/433-2000
Attorney for Debtor(s)
generaldelivery@nevlawyers.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                              ) In Bankruptcy
                                    ) BKS-08-18330BAM
JOE G HOWARD                        ) Chapter 13
KATHERINE M HOWARD                  )
                Debtor(s).          )
                                    ) Hearing Date: 11-6-08
_____) Hearing Time: 3:00 pm

**ORDER AVOIDING LIEN OF SECOND TRUST DEED**

This matter having come on regularly for hearing on Debtors' Motion to Value Collateral, and "Strip Off" Second Trust Deed as against Debtors' residential real property; good cause appearing therefore,

IT IS HEREBY ORDERED that the security interest of Bank of America in the real property commonly known as 270 Hampton Ridge, Henderson NV 89002 and legally described as:

Amber Ridge at Mission Hills Phase 3, Plat Book 119, Page 4, Lot 62, Block 2
APN 179-31-812-017

is hereby avoided and set aside and that the claim of such creditor(s) in these bankruptcy proceedings shall be treated as unsecured.

IT IS FURTHER ORDERED that certain Deed of Trust recorded in the Office of the Clark County Recorder as document number 20070808-0004298 on August 8, 2007 is hereby deemed void under 11 U.S.C. Sec 506(d).

IT IS FURTHER ORDERED that the aforesaid Deed of Trust shall, conditioned upon Debtor completing the above referenced bankruptcy proceeding and obtaining a Chapter 13 discharge, be removed and expunged from the county records and shall thereafter no longer constitute a lien or encumbrance upon the aforesaid real property.

IT IS FURTHER ORDERED that this Order shall not be recorded with the Office of County Recorder until such time as the Debtor has received his Chapter 13 Discharge in this matter.

Submitted by:

_____
Sam Benevento
Attorney for Debtor

Approved as to form and content

_____
Kathleen Leavitt
Chapter 13 Trustee

In accordance with LR 9021, counsel submitting this document certifies as follows:

ROBERTSON & BENEVENTO
1945 East Warm Springs Road
Las Vegas, Nevada 89119
Tel: (702) 433-2000  Fax: (702) 269-8139
Email: generaldelivery@nevlawyers.com

_____The court has waived the requirement of approval under LR 9021.

_____No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared a the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Chapter 13 Trustee

###