SAM BENEVENTO
Nevada Bar No. 003676

E-Filed: 2-4-2009

**ROBERTSON & BENEVENTO**

1945 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 433-2000
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

JOE G HOWARD
KATHERINE M HOWARD

    Debtor(s)

) BK-S 08-18330 BAM
) Chapter 13
)
)
)
)
) Hearing Date:  March 12, 2009
) Hearing Time: 3:00 p.m.
)

**APPLICATION FOR COMPENSATION**

1.   **INCORPORATION OF CHAPTER 13 GUIDELINES:** This application incorporates the Chapter 13 Guidelines for applications for attorney fees and reimbursement of expenses.

2.   **APPLICANTS' REPRESENTATIONS:** The undersigned applicant hereby represents: that all basic services have been satisfactorily performed and basic fees and expenses earned (if applicable); (b) that this application seeks only fees and expenses for services rendered in addition to basic services and expenses (if applicable); (c) that the fees and expenses sought in this application will not be shared with any other entity; and (d) that unless otherwise explained below, applicant reasonably believes this is a final application for fees and expenses.

3.   **COMPENSATION AND EXPENSES SOUGHT IN THIS APPLICATION.** This application seeks compensation and reimbursement of expenses in the amount of $6,439.00 for services in this bankruptcy case, as detailed in the attached Exhibit.  Of this amount, $4,674.00 has been previously approved in the order confirming plan, $1,420.00 of which was paid directly by Debtor and $3,254.00 of which will be paid through the currently confirmed Plan of Reorganization together with the additional $1,765.00 requested herein.

4.   **NARRATIVE DESCRIPTION OF SERVICES:** This application seeks compensation and expenses for the following services:
  ( ) basic services-for this case
  ( ) additional claims resolution
  ( ) motion to lift stay
  ( ) motion to sell/purchase/refinance property
  ( ) motion to dismiss

ROBERTSON & BENEVENTO
1945 East Warm Springs Road
Las Vegas, Nevada 89119
Tel: (702) 433-2000   Fax: (702) 269-8139

( ) modification of plan
( )adversary proceeding
( )resolution of business valuation
( )objections to claims
( ) resolution of tax claims
( ) preparation of tax returns
( ) motion to approve settlement
(X) preparation of fee application
(X) other: motion to strip lien.

5.      **TOTAL FEES AND EXPENSES:** The total fees and expenses sought in this case are as follows:

    a.    Fees and expenses sought in this application:
           See Exhibit A                         $1,765.00
    b.    Additional fees approved by the Court:
           (1) Plan confirmed                $4,674.00
           (2) Order dated _____       $ -0-
    c.    Total fees and expenses sought in this case:    $6,439.00

6.      **PAID BY DEBTOR:** The Debtor has paid directly to attorney $1,420.00. See Exhibit A. The chapter 13 Trustee will pay all fees and expenses previously ordered by the Court plus fees approved in this application.

DATED this 4th day of February, 2009.

Submitted by:

/S/ SAM BENEVENTO

_____
SAM BENEVENTO, Esquire
Attorney for Debtor(s)

ROBERTSON & BENEVENTO
1945 East Warm Springs Road
Las Vegas, Nevada 89119
Tel: (702) 433-2000    Fax: (702) 269-8139

**EXHIBIT "A"**
**ATTORNEY'S FEES**
**JOE G. HOWARD & KATHERINE M. HOWARD**

| | | |
|---|---|---|
| 09-08-08 | Discuss lien strip with client & refer to appraiser | .2 |
| 09-27-08 | Receive and review appraisal & compare to schedules | .2 |
| 09-27-08 | On-line search of county records (assessor, recorder); obtain copies of legal description, relevant deeds of trust, assignments & addresses for notice, verify holder of DOT | .5 |
| | On-line search of trustee site & court site; obtain copies of claims filed | .2 |
| 09-28-08 | Receive & review recorder documents | .2 |
| 09-29-08 | Prepare motion to "strip lien" off 2nd mortgage, notice of motion | .8 |
| 09-30-08 | Finalize motion, upload, verify addresses & form of notice, upload certificate of service & mail notices | .3 |
| 11-06-08 | Appearance at hearing on motion to "strip" (6 motions) | .4 |
| 11-07-08 | Draft order to "strip" second mortgage, verify recording information and forward to trustee for signature | .3 |
| 11-14-08 | Upload order for signature | .1 |
| 12-03-08 | Obtain certified copies of order and forward to client with letter | .5 |
| 12-03-08 | Prepare, file and serve Notice of Entry of Order | .3 |
| 01-22-09 | Prepare fee application, notice thereof, set for hearing & notice out | .8 |
| 01-22-09 | Prepare order approving fees | .3 |
| Projected | Appearance at hearing on fee application (6 cases) | .4 |
| | Prepare and serve Notice of Entry of Order with fees | .3 |

Total Time 5.8 hours @ $300/hr.          $1740.00

Certified Copy                                        10.00
Recorder documents                              15.00
Total this application                            $1765.00

ROBERTSON & BENEVENTO
1945 East Warm Springs Road
Las Vegas, Nevada 89119
Tel: (702) 433-2000     Fax: (702) 269-8139