**KATHLEEN A. LEAVITT**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**201 Las Vegas Blvd South, Suite 200**
**Las Vegas, NV  89101**
**kal13mail@las13.com**
**(702) 853-0700**

E-File: 07/09/2009

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| IN RE: | Chapter 13 |
|---|---|
| | **BKS-08-18330-BAM** |
| **JOE G HOWARD** | **MOTION TO DISMISS** |
| **KATHERINE M HOWARD** | **PRE-HEARING CONFERENCE** |
| | Hearing Date: October 08, 2009 |
| | Hearing Time: 9:30 a.m. |
| | **MOTION TO DISMISS** |
| Debtor(s). | Hearing Date: October 08, 2009 |
| | Hearing Time:  2:30 pm |

   Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee in the above captioned bankruptcy case and for her motion states and alleges as follows:

   1.  Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on July 28, 2008.
   2.  Debtors Plan was confirmed by the Court on 12/22/2008.
   3.  The Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307 (c) for one or more of the following reasons, to wit:

(c)  For cause,
(c)(6)  Material default by the debtor with respect to a term of a confirmed plan to wit:

- Failure to respond to Trustee's Directive requesting the following information:  Turn over 2008 tax refund for $3709.

   WHEREFORE, the Trustee prays the Court issue an order dismissing the within case for the reasons as stated above and that expenses in the amount of $0.00 be allowed in this case.

/s/ KATHLEEN A LEAVITT
Kathleen A. Leavitt
CHAPTER 13 BANKRUPTCY TRUSTEE

DATED: 7/9/2009
JC